THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DILLARD MORRISON, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

CHARLES ABARNO et al., Appellants, v. CITY OF NEW YORK et al., Respondents.— Judgment and orders appealed from unanimously affirmed, with costs to the respondents. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ. [3 Misc 2d 1053.]

BETTINA MARIANO, Respondent, v. GIUSEPPE MARIANO, Appellant.— Order unanimously affirmed, without costs. Respondent-appellant may, if he is so advised, apply to the Domestic Relations Court for a rehearing on the ground either that at the previous hearing he was not represented by counsel or because, through counsel, he wishes to show excessiveness of the award. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PHILLIP BRAXTON, Appellant.— Judgment unanimously reversed on the law, and in the exercise of discretion, a new trial ordered. On this record there is insufficient evidence to find this defendant guilty beyond a reasonable doubt. However, it is apparent that all the evidence which might have been adduced was not presented. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

ARONETTE MANUFACTURING Co., INC., Respondent, v. CAPITOL PIECE DYE WORKS, INC., Appellant, et al., Defendant.— Judgment affirmed, with costs to the respondent. Breitel, J. P., Rabin, M. M. Frank and McNally, JJ., concur in decision; Stevens, J., dissents and votes to reverse and dismiss the complaint on the ground that the evidence is insufficient to sustain the allegations of the complaint.

JACOB BROWN, Respondent, v. ABE EINBINDER et al., Doing Business as WEST FARMS IRON WORKS, Defendants-Appellants, and Third-Party Plaintiffs-Respondents. UNITED STATES FIDELITY AND GUARANTY COMPANY, Third-Party Defendant-Appellant.— Judgment unanimously affirmed, with costs to third-party plaintiff-respondent against third-party defendant-appellant. The exclusion of the prior inconsistent statement was improper but on the whole record the exclusion was not prejudicial. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. CONSTANTINO FERNANDEZ. — Motion to dismiss appeal granted. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Bastow, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ALVAREZ DUFFIS.— Motion to dismiss appeal granted. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Bastow, JJ.

MIRIAM JACOBS, on Behalf of ROBERT MORRIS, v. MURRAY MORRIS.— Motion to dismiss appeal granted. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Bastow, JJ.

SERPOOHI OHANESIAN v. IRVING I. FUCHS.— Motion to dismiss appeal granted, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Bastow, JJ.

SERPOOHI OHANESIAN v. IRVING I. FUCHS (Action No. 1). IRVING I. FUCHS v. SERPOOHI OHANESIAN (Action No. 2).— Motion to dismiss appeal granted, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Bastow, JJ.